

**Rebecca A. Kornhauser**
Associate

Direct: 646.517.3534
rebecca.kornhauser

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___11/25/2025___

November 24, 2025

**VIA ECF**
Honorable Margaret M. Garnett
US District Court Southern District of New York
40 Foley Square
New York, NY 10007

**RE:    Lincoln Barbour, et al. v. BuzzFeed, Inc.**
**Case Number:  1:25-cv-08825-MMG**
**Our File Number:  12035**

Dear Judge Garnett,

Pursuant to your Individual Rules & Practices, the parties hereby request an extension of time to meet and confer regarding settlement, and state as follows:

1.      Plaintiffs filed their Complaint on October 24, 2025 at ECF 1;

2.      On October 29, 2025, this Court entered its Order for the parties to meet and confer regarding settlement by November 28, 2025 (ECF 15);

3.      The parties request an additional thirty (30) days to meet and confer regarding settlement due to the upcoming holidays, and to file their Joint Letter regarding settlement, which is due December 15, 2025, to January 14, 2026;

4.      This is the parties' first request for an extension of time to meet and confer regarding settlement and file their Joint Letter, and this request is not made for delay;

5.      There are no other deadlines in this case at this time, and this brief extension of time will prejudice neither party nor the Court.

Sincerely,

**SRIPLAW**

Rebecca A. Kornhauser
RAK/JJ

GRANTED.  The deadline for the parties to meet and confer in accordance with the Court's prior order (*see* Dkt. No. 15) is extended to **December 31, 2025**, and the deadline for the parties to submit their joint letter regarding settlement is extended to **January 14, 2026**.

SO ORDERED.  Dated November 25, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE