UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/3/2026_

LINCOLN BARBOUR, et al.,

                        Plaintiffs,

            -against-

BUZZFEED, INC.,

                        Defendant.

25-CV-08825 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The parties advise that the claims asserted herein have been settled in principle as to the following plaintiffs:  Lincoln Barbour, Sarah Louise Bennett, Meg Gaiger, Noah Dylan Goldblatt, Olga Krelin, Michael McNamara, and Donald Sullivan.  *See* Dkt. No. 23.

Accordingly, it is ORDERED that the above-listed plaintiffs are hereby DISMISSED, and their claims are discontinued without costs and without prejudice to the right to reopen within 60 days of the date of this Order if the settlement is not consummated.

Only the claims by plaintiff Morgan Howarth remain.  Per the parties' request, it is hereby ORDERED that this action is referred to Magistrate Judge Aaron for settlement of Howarth's claims.

Howarth and Defendant Buzzfeed, Inc., shall file a status letter within seven (7) days of the conclusion of the settlement conference.

The Clerk of Court is respectfully directed to dismiss the case as to the seven identified Plaintiffs above, and enter a referral for settlement to Judge Aaron for Plaintiff Howarth and the Defendant.

Dated: March 3, 2026
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge