

**NANCY A. DEL PIZZO**
Partner
(201) 287-2472
nancy.delpizzo@rivkin.com

WWW.RIVKINRADLER.COM
25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ  07601-7082
T 201.287.2460 F 201.489.0495

June 8, 2026

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:___06/10/2026___

**VIA ECF**
Hon. Margaret M. Garnett, U.S.D.J.
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 906
New York, New York 10007

> Re:  *Lincoln Barbour (Howarth), et al. v. BuzzFeed, Inc.*
> No. 1:25-cv-08825 (MMG) (SDA)

Dear Judge Garnett:

We represent defendant, BuzzFeed, Inc. ("BuzzFeed"). Pursuant to section I.B.5 of Your Honor's Individual Rules & Practices, we write to respectfully ask the Court to adjourn the in-person Pretrial Conference set for Monday, June 15, 2026 at 9:30 a.m. due to a scheduling conflict that I have with a settlement conference in another case, which is scheduled remotely before Magistrate Judge Figueredo on the same day, Monday, June 15, 2026 beginning at 10:00 a.m.  We have not previously requested adjournment of the Pretrial Conference, and no other scheduled dates are affected by adjournment. Plaintiff's counsel consents to the adjournment, and the parties propose the following alternative dates: Monday, June 22, 2026; Tuesday, June 23, 2026; or Wednesday, June 24, 2026.

We thank the Court for its time and consideration.

Respectfully submitted,

RIVKIN RADLER LLP
*s/ Nancy A. Del Pizzo*

Nancy A. Del Pizzo

c: Counsel of Record (via ECF)

66 South Pearl Street, 11th Floor    1301 Riverplace Boulevard    477 Madison Avenue    2649 South Road    926 RXR Plaza
Albany, NY 12207-1533    Jacksonville, FL 32207-9047    New York, NY 10022-5843    Poughkeepsie, NY 12601-6843    Uniondale, NY 11556-0926
T 518.462.3000 F 518.462.4199    T 904.792.8925 F 904.467.3461    T 212.455.9555 F 212.687.9044    T 845.473.8100 F 845.473.8777    T 516.357.3000 F 516.357.3333

GRANTED.  The conference previously scheduled for June 15, 2026 is ADJOURNED to **Wednesday, June 24, 2026**, at **9:00 a.m.**

SO ORDERED.  Dated June 8, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE