SRipLaw

Evan A. Andersen
Partner

Direct: 470.598.0800
evan.andersen@sriplaw.com

November 12, 2026

***VIA ECF***
Hon. Margaret M. Garnett, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 906
New York, New York 10007

**Re: Howarth (Barbour et al.) v. BuzzFeed, Inc., No. 1:25-cv-08825-MMG-SDA**

Dear Judge Garnett:

On October 28, 2026, this Court entered its Order of Dismissal (ECF 55) allowing the parties 45 days to either dismiss or reopen the matter, in response to Plaintiff's Notice of Settlement (ECF 54). The parties are diligently working to finalize the settlement and require an additional thirty (30) days to dismiss the matter. Accordingly, Plaintiff requests an extension of time up to and including December 12, 2026 to file its Stipulation of Dismissal. This is the parties' first request for extension of time to dismiss and this request is not made for delay. Neither party nor the Court will be prejudiced by this short extension of time.

Respectfully submitted,

**SRIPLAW**

*/s/ Evan A. Andersen*
Evan A. Andersen
*Counsel for Plaintiff, Morgan Howarth*

GRANTED. The deadline to move to reopen this case is EXTENDED to **December 12, 2026.**

SO ORDERED. Dated November 16, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE